ACCEPTED
03-15-00401-CV
7978731
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 3:58:37 PM
JEFFREY D. KYLE
CLERK



November 24, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 3:58:37 PM
JEFFREY D. KYLE
Clerk

Mr. Jeffrey D. Kyle, Clerk
Court of Appeals for the Third Judicial District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

      Re:    No. 03-15-00401-CV, *In re Xerox Corp.*
              No. 03-15-00252-CV, *Nazari v. State of Texas v. Xerox Corp.*

Dear Mr. Kyle:

Pursuant to the Court's order of November 20, 2015, the parties in the two above-cited causes have agreed on an order and division of oral argument, as follows:

**No. 03-15-00401-CV, *In re Xerox Corporation*** (30 min. total):
    Xerox:         12 min.
    State of Texas:  15 min.
    Xerox rebuttal:  3 min.

**No. 03-15-00252-CV, *State v. Nazari*** (30 min. total):
    Nazari:        10 min.
    Xerox:         4 min.
    State of Texas:  13 min.
    Nazari rebuttal:  3 min.

Additionally, please let this letter serve as notice that the undersigned, Raymond C. Winter will present oral argument on behalf of the State of Texas in No. 03-15-00401-CV, and that J. Campbell Barker, will present oral argument on behalf of the State of Texas in No. 03-15-00252-CV.

Sincerely,

/s/ Raymond C. Winter
Raymond C. Winter
Chief, Civil Medicaid Fraud Division
512-936-1709 (direct line)
Raymond.winter@texasattorneygeneral.gov

cc:        All counsel of record

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL:(512) 463-2100 WEB: WWW.TEXASATTORNEYGENERAL.GOV
*An Equal Employment Opportunity Employer*